TOWN OF LLOYD, Respondent, v. KART WHEELERS RACEWAY, INC., Appellant.— GIBSON, P. J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gibson, P. J.